E-FILED
Thursday, 19 July, 2018 10:25:35 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

CAROLE SUE HART,

Plaintiff,

v.

WALMART, INC., and
WALMART STORES, INC.,

Defendants.

No. ***Plaintiff Demands Trial by Jury***

**COMPLAINT AT LAW**

Plaintiff, CAROLE HART, by and through her attorneys CLIFFORD LAW OFFICES, P.C., and for her Complaint, states as follows:

**Parties and Jurisdiction**

1. Plaintiff, Carole Sue Hart is a resident of Illinois who was seriously injured within the State of Illinois as a result of a slip and fall on defendant's property which is located in Montgomery County, Illinois.

2. Defendant, Walmart, Inc., is a Delaware corporation with its principle place of business in Bentonville, Arkansas.

3. Defendant, Walmart Stores, Inc., is a Delaware corporation with its principle place of business in Bentonville, Arkansas.

4. The matters that are the subject of this action, as set forth below, exceed the sum or value of $75,000.00, exclusive of costs and interest.

5. Because a dispute exists between citizens of different States, and the matters in controversy exceed $75,000.00, exclusive of costs and interests, this Court has subject-matter

jurisdiction over this case pursuant to 28 U.S.C. § 1332.

**Venue**

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391 since the store where this event occurred was in this District

**COUNT I**

**WALMART, INC.**

**NEGLIGENCE**

7. Plaintiff incorporates and re-alleges paragraphs 1 through 6 as if fully set forth herein.

8. On and before November 24, 2016, Defendant, WALMART, INC., was in the business of operating a commercial establishment that sold merchandise to patrons.

9. On and before November 24, 2016, Defendant, WALMART, INC.,owned a store, numbered 213, located at 1205 W. Ferdon Street, in the City of Litchfield, County of Montgomery, State of Illinois.

10. On and before November 24, 2016, Defendant, WALMART, INC., maintained a store, numbered 213, located at 1205 W. Ferdon Street, in the City of Litchfield, County of Montgomery, State of Illinois.

11. On and before November 24, 2016, Defendant, WALMART, INC., managed a store, numbered 213, located at 1205 W. Ferdon Street, in the City of Litchfield, County of Montgomery, State of Illinois.

12. On and before November 24, 2016, Defendant, WALMART, INC.,controlled a store, numbered 213, located at 1205 W. Ferdon Street, in the City of Litchfield, County of Montgomery, State of Illinois.

13. On and before November 24, 2016, Defendant, WALMART, INC., owned within its aforesaid facility, the front entrance way of the store at the above-referenced location.

14. On and before November 24, 2016, Defendant, WALMART, INC., maintained within its aforesaid facility, the front entrance way of the store at the above-referenced location.

15. On and before November 24, 2016, Defendant, WALMART, INC., managed within its aforesaid facility, the front entrance way of the store at the above-referenced location.

16. On and before November 24, 2016, Defendant, WALMART, INC., controlled within its aforesaid facility, the front entrance way of the store at the above-referenced location.

17. Prior to November 24, 2016, Defendant, WALMART, INC., would provide hand wipes near the front of the aforementioned store by the entrance way.

18. On and before November 24, 2016, Defendant, WALMART, INC., and through its employees, knew or should have known that customers would be walking in and around the area that these hand wipes were being dispense.

19. On and before November 24, 2016, Defendant, WALMART, INC., and through its employees, knew or should have known that hand wipes would be dropped on the floor of its store in the area that customers would be walking.

20. On and before November 24, 2016, Defendant, WALMART, INC., and through its employees, knew or should have known that hand wipes on the floor of its store could cause customers to slip, trip and fall.

21. Prior to November 24, 2016, Defendant, WALMART, INC., and through its employees, knew or should have known that hand wipes left on the floor of its store was a fall hazard for its customers.

22. On November 24, 2016, there was a hand wipe which was on the floor at the WALMART store numbered 213, located at 1205 W. Ferdon Street, in the City of Litchfield, County of Montgomery, State of Illinois.

23. On November 24, 2016, Defendant, WALMART, INC., even thought it knew or should have known that hand wipes left on the floor of its store created a fall hazard, continued to allow the hand wipe to remain on the floor.

24. On November 24, 2016, Defendant, WALMART, INC., had a duty to maintain its property in a reasonably safe condition.

25. On November 24, 2016, Plaintiff, CAROLE SUE HART, was a business invitee of the WALMART store numbered 213, located at 1205 W. Ferdon Street, in the City of Litchfield, County of Montgomery, State of Illinois.

26. On November 24, 2016, Plaintiff, CAROLE SUE HART, was lawfully on said property.

27. On November 24, 2016, Plaintiff, CAROLE SUE HART, after entering Defendant, WALMART, INC.'s premise, was caused to fall on a wipe that was on the floor.

28. On November 24, 2016, Defendant, WALMART, INC., was negligent in one or more of the following respects:

a) Created a dangerous condition by allowing the hand wipe to be on the floor;

b) Created a dangerous condition by not picking up the hand wipe from the floor;

c) Failed to warn customers, including the Plaintiff, of the presence of the hand wipe on the floor when Defendant knew such warning was reasonable and necessary to prevent injuries to members of the public, including Plaintiff, and

d) Failed to properly inspect premises, including, but not limited to, the front area to

insure that there no hand wipes on the floor, and

29. As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions of the On November 24, 2016, Plaintiff, CAROLE SUE HART, sustained injuries of a personal, pecuniary and permanent nature.

WHEREFORE, Plaintiff, CAROLE HART, demands judgment against Defendant, WALMART, INC., in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).

**COUNT II**

**WALMART STORES, INC.**

**NEGLIGENCE**

7. Plaintiff incorporates and re-alleges paragraphs 1 through 6 as if fully set forth herein.

8. On and before November 24, 2016, Defendant, WALMART STORES, INC., was in the business of operating a commercial establishment that sold merchandise to patrons.

9. On and before November 24, 2016, Defendant, WALMART STORES, INC.,owned a store, numbered 213, located at 1205 W. Ferdon Street, in the City of Litchfield, County of Montgomery, State of Illinois.

10. On and before November 24, 2016, Defendant, WALMART STORES, INC., maintained a store, numbered 213, located at 1205 W. Ferdon Street, in the City of Litchfield, County of Montgomery, State of Illinois.

11. On and before November 24, 2016, Defendant, WALMART STORES, INC., managed a store, numbered 213, located at 1205 W. Ferdon Street, in the City of Litchfield, County of Montgomery, State of Illinois.

12. On and before November 24, 2016, Defendant, WALMART STORES, INC.,controlled a store, numbered 213, located at 1205 W. Ferdon Street, in the City of Litchfield, County of Montgomery, State of Illinois.

13. On and before November 24, 2016, Defendant, WALMART STORES, INC., owned within its aforesaid facility, the front entrance way of the store at the above-referenced location.

14. On and before November 24, 2016, Defendant, WALMART STORES, INC., maintained within its aforesaid facility, the front entrance way of the store at the above-referenced location.

15. On and before November 24, 2016, Defendant, WALMART STORES, INC., managed within its aforesaid facility, the front entrance way of the store at the above-referenced location.

16. On and before November 24, 2016, Defendant, WALMART STORES, INC., controlled within its aforesaid facility, the front entrance way of the store at the above-referenced location.

17. Prior to November 24, 2016, Defendant, WALMART STORES, INC., would provide hand wipes near the front of the aforementioned store by the entrance way.

18. On and before November 24, 2016, Defendant, WALMART STORES, INC., and through its employees, knew or should have known that customers would be walking in and around the area that these hand wipes were being dispense.

19. On and before November 24, 2016, Defendant, WALMART STORES, INC., and through its employees, knew or should have known that hand wipes would be dropped on the floor of its store in the area that customers would be walking.

20. On and before November 24, 2016, Defendant, WALMART STORES, INC., and through its employees, knew or should have known that hand wipes on the floor of its store could cause customers to slip, trip and fall.

21. Prior to November 24, 2016, Defendant, WALMART STORES, INC., and through its employees, knew or should have known that hand wipes left on the floor of its store was a fall hazard for its customers.

22. On November 24, 2016, there was a hand wipe which was on the floor at the WALMART store numbered 213, located at 1205 W. Ferdon Street, in the City of Litchfield, County of Montgomery, State of Illinois.

23. On November 24, 2016, Defendant, WALMART STORES, INC., even thought it knew or should have known that hand wipes left on the floor of its store created a fall hazard, continued to allow the hand wipe to remain on the floor.

24. On November 24, 2016, Defendant, WALMART STORES, INC., had a duty to maintain its property in a reasonably safe condition.

25. On November 24, 2016, Plaintiff, CAROLE SUE HART, was a business invitee of the WALMART. store numbered 213, located at 1205 W. Ferdon Street, in the City of Litchfield, County of Montgomery, State of Illinois.

26. On November 24, 2016, Plaintiff, CAROLE SUE HART, was lawfully on said property.

27. On November 24, 2016, Plaintiff, CAROLE SUE HART, after entering Defendant, WALMART STORES, INC.'s premise, was caused to fall on a wipe that was on the floor.

28. On November 24, 2016, Defendant, WALMART STORES, INC., was negligent in

one or more of the following respects:

a) Created a dangerous condition by allowing the hand wipe to be on the floor;

b) Created a dangerous condition by not picking up the hand wipe from the floor;

c) Failed to warn customers, including the Plaintiff, of the presence of the hand wipe on the floor when Defendant knew such warning was reasonable and necessary to prevent injuries to members of the public, including Plaintiff, and

d) Failed to properly inspect premises, including, but not limited to, the front area to insure that there no hand wipes on the floor, and

29. As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions of the On November 24, 2016, Plaintiff, CAROLE SUE HART, sustained injuries of a personal, pecuniary and permanent nature.

WHEREFORE, Plaintiff, CAROLE SUE HART, demands judgment against Defendant, WALMART STORES, INC., in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).

By: s/ Craig J. Squillace
Attorney for Plaintiff

Craig J. Squillace
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street
31st Floor
Chicago, Illinois 60602
312/899-9090
Atty. No. 6278501