

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

#### OFFICE OF THE CLERK

TEL: 217.492.4020
FAX: 217.492.4028

March 11, 2022

Craig J Squillace
CLIFFORD LAW OFFICES PC
Suite 3600
120 N LaSalle Street
Chicago, IL 60602

Brittany P Warren
DEFRANCO & BRADLEY PC
Suite 104
141 Market Place
Fairview Heights, IL 62208

James E DeFranco
RYNEARSON, SUESS, SCHNURBUSCH & CHAMPION LLC
Suite 104
141 Market Place
Fairview Heights, IL 62208

In re: *Hart v. Walmart, Inc. et al.* 18-cv-03180

Dear Parties,

I have been contacted by Judge Myerscough, who presided over the above-mentioned case. Judge Myerscough informed me that it has been brought to her attention that while she presided over the case, she owned stock in Walmart. Her ownership of stock neither affected nor impacted her decisions in this case. However, her stock ownership would have required recusal under the

---

Peoria Division
100 N.E. Monroe St.
Room 305
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
(Temporarily relocated for mail and hearings to):
131 E. 4th Street, Rm 250
Davenport, IA 52801
309.793.5778

Code of Conduct for United States Judges, and thus, Judge Myerscough directed that I notify the parties of the conflict. Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified." With Advisory Opinion 71 in mind, you are invited to respond to Judge Myerscough's disclosure of a conflict in this case. Should you wish to respond, please submit your response on or before April 1, 2022. Any response will be considered by another judge of this court without the participation of Judge Myerscough.

Sincerely,

*[signature]*

Clerk of Court

Peoria Division
100 N.E. Monroe St.
Room 309
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
211 19th St.
Room 40
Rock Island, IL 61201
309.793.5778